# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

LOCAL JOINT EXECUTIVE BOARD OF LAS VEGAS, *et al.*,

        Plaintiffs,

vs.

DESERT PALACE, INC., *et al.*,

        Defendants.

2:15-cv-02090-JCM-VCF

**MINUTE ORDER**

      Before the Court is *Local Joint Executive Board of Las Vegas, et al., v. Desert Palace, Inc., et al.*, case number 2:15-cv-02090-JCM-VCF.

      IT IS HEREBY ORDERED that a status hearing is scheduled for 11:00 AM, March 13, 2017, in Courtroom 3D.

      DATED this 22nd day of February, 2017.

_____

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE