SARAH O. VARELA, # 12886
  *svarela@dcbsf.com*
SARAH GROSSMAN-SWENSON, # 11979
  *sgs@dcbsf.com*
McCRACKEN, STEMERMAN,
& HOLSBERRY, LLP
1630 South Commerce Street, Suite A-1
Las Vegas, Nevada 89102
PH:  (702) 386-5107
FAX:  (702) 386-9848

*Attorneys for Petitioners Local Joint Executive Board of Las Vegas;* and *Culinary Workers' Union, Local 226*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LOCAL JOINT EXECUTIVE BOARD OF LAS VEGAS; CULINARY WORKERS' UNION, LOCAL 226,<br><br>Plaintiffs & Petitioners,<br><br>vs.<br><br>DESERT PALACE, INC., d/b/a CAESARS PALACE, a Nevada corporation, and Does 1-10,<br><br>Defendants & Respondents. | Case No. 2:15-cv-02090-JCM-VCF<br><br>**STIPULATION OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE**<br><br>**[FRCP 41(a)(1)(A)(ii)]** |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs & Petitioners Local Joint Executive Board of Las Vegas; Culinary Workers' Union, Local 226; and Defendant and Respondent Desert Palace, Inc.; by and through their attorneys of record, hereby stipulated and agree as follows:

1

The Petition to Confirm and all claims asserted in the above-captioned case are hereby dismissed with prejudice pursuant to the Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), with each party to bear its own attorneys' fees and costs.

**IT IS SO STIPULATED.**

| | |
|---|---|
| Dated: March 3, 2017 | Dated: March 3, 2017 |
| McCRACKEN, STEMERMAN, & HOLSBERRY, LLP | FISHER & PHILLIPS LLP |
| By: */s/ Sarah Grossman-Swenson* <br> Sarah Grossman-Swenson <br> Nevada Bar No. 11979 <br> 1630 South Commerce Street, Suite A-1 <br> Las Vegas, Nevada 89102 | By: */s/ Mark J. Ricciardi* <br> Mark J. Ricciardi, Esq. <br> Nevada Bar No. 3141 <br> 300 S. Fourth Street, Ste. 1500 <br> Las Vegas, NV 89101 |
| *Attorneys for Petitioners Local Joint Executive Board of Las Vegas* and *Culinary Workers' Union, Local 226* | *Attorneys for Respondent Desert Palace, Inc.* |

### ORDER

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

Dated: March 10, 2017

2

**CERTIFICATE OF SERVICE**

I hereby certify that on March 6, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal and a Notice of Electronic Filing was electronically transmitted from the court to the e-mail addresses on file.

/s/ Joyce Archain
Joyce Archain

3